**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL LEONARD, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 20-2033 |
| | : | |
| SEPTA, | : | |
|     Defendant. | : | |

## **ORDER**

**AND NOW**, this 22nd day of January, 2021, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint as Time-Barred (ECF No. 4) is **GRANTED without prejudice**. It is further **ORDERED** that Plaintiff may file an amended complaint **on or before February 5, 2021**. If Plaintiff does not file an amended complaint, the case will be dismissed.

                                                                      ___s/ANITA B. BRODY, J._____
                                                                      ANITA B. BRODY, J.

Copies **VIA ECF**